IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CANDACE WILLRICH, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:13-CV-3116-P-BH |
| ) | |
| UNITED STATES OF AMERICA, et. al, ) | |
|     Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *First Motion for Leave to Alter Judgment,* filed October 18, 2013 (doc. 46), is **DENIED**.

SIGNED this 18th day of November , 2013.

*/s/ Jorge A. Solis*
**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**